# EXHIBIT A

PROMISSORY NOTE

PRINCIPAL AMOUNT: $9,450,000.00

New York, NY
October 29, 2021

FOR VALUE RECEIVED, the undersigned, KPM INVESTMENT A 2 LLC, a Delaware limited liability company ("Borrower"), hereby promises to pay to COREVEST AMERICAN FINANCE LENDER LLC, a Delaware limited liability company (together with its successors and/or assigns, "Lender"), in lawful money of the United States in immediately available funds at the office of Lender or such other place as the holder hereof may from time to time designate in writing pursuant to the terms of that certain Loan Agreement dated as of the date hereof (as amended, restated, supplemented or otherwise modified from time to time, the "Loan Agreement"; capitalized terms used herein but not defined herein shall have the meaning given to such terms in the Loan Agreement), by and between Borrower and Lender (A) on the dates set forth in the Loan Agreement, the principal amount set forth above, (B) interest from the date of this Promissory Note (this "Note") on the principal amount from time to time outstanding on the Loan at the rate or rates per annum and payable on such dates as provided in the Loan Agreement and (C) all other amounts payable under the Loan Agreement and the other Loan Documents, including without limitation, any prepayment premiums.

Borrower promises to pay interest, on demand, on any overdue principal of the Loan made to it under the Loan Agreement and, to the extent permitted by law, overdue interest from the due date for the Loan at the rate or rates provided in the Loan Agreement.

Borrower hereby waives diligence, presentment, demand, protest and, except as provided in the Loan Agreement, notice of any kind whatsoever. The non-exercise by the holder hereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

The Loan made by Lender shall be evidenced by one or more accounts or records maintained by Lender in the ordinary course of business. Lender may also attach schedules to this Note and endorse thereon the date, amount, and maturity of the Loan and payments with respect thereto. Any failure to so record or any error in doing so shall not, however, limit or otherwise affect the obligations of Borrower under this Note.

This Note is the promissory note referred to in the Loan Agreement, which agreement contains, among other things, provisions for (i) the acceleration of the maturity hereof upon the happening of certain events, (ii) optional and mandatory prepayment of the principal hereof prior to the maturity hereof and (iii) the amendment or waiver of certain provisions of the Loan Agreement, all upon the terms and conditions therein specified. This Note does not purport to summarize the Loan Agreement and reference is made to the Loan Agreement for information with respect to the interests, rights, benefits, obligations, proceeds, and duties evidenced hereby and the rights, duties and obligations of the parties thereto. This Note is subject in all respects to the terms, provisions and conditions of the Loan Agreement. In the case of any conflict between terms specified in this Note and terms specified in the Loan Agreement, the terms of the Loan Agreement shall govern.

This Note is secured by the Loan Agreement and the other Loan Documents and is subject to the terms thereof.  Reference is hereby made to the Loan Agreement and the other Loan Documents for a description of the collateral thereby mortgaged, warranted, bargained, sold, released, conveyed, assigned, transferred, pledged and hypothecated, the nature and extent of the security for this Note, the rights of the holder of this Note and Lender in respect of such security and otherwise.

THIS NOTE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK INCLUDING SECTIONS 5-1401 AND 5-1402 OF THE NEW YORK GENERAL OBLIGATIONS LAW.

ANY LEGAL SUIT, ACTION OF PROCEEDING AGAINST LENDER OR BORROWER ARISING OUT OF OR RELATING TO THIS NOTE MAY BE INSTITUTED IN ANY FEDERAL OR STATE COURT IN NEW YORK, NEW YORK.  LENDER AND BORROWER HEREBY (i) IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY OBJECTION THAT THEY MAY NOW OR HEREAFTER HAVE TO THE LAYING OF VENUE OF ANY SUCH SUIT, ACTION OR PROCEEDING BROUGHT IN SUCH A COURT AND ANY CLAIM THAT ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT HAS BEEN BROUGHT IN AN INCONVENIENT FORUM, (ii) IRREVOCABLY SUBMIT TO THE JURISDICTION OF ANY SUCH COURT IN ANY SUCH SUIT, ACTION OR PROCEEDING, AND (iii) IRREVOCABLY CONSENT TO SERVICE OF PROCESS BY MAIL, PERSONAL SERVICE OR IN ANY OTHER MANNER PERMITTED BY APPLICABLE LAW, AT THE ADDRESS SPECIFIED IN THE LOAN AGREEMENT (AND AGREES THAT SUCH SERVICE AT SUCH ADDRESS IS SUFFICIENT TO CONFER PERSONAL JURISDICTION OVER ITSELF IN ANY SUCH SUIT, ACTION OR PROCEEDING IN ANY SUCH COURT, AND OTHERWISE CONSTITUTES EFFECTIVE AND BINDING SERVICE IN EVERY RESPECT).

Notwithstanding anything to the contrary contained herein, (a) all agreements and communications between Borrower and Lender are hereby and shall automatically be limited so that, after taking into account all amounts deemed to constitute interest, the interest contracted for, charged or received by Lender shall never exceed the maximum rate permitted by applicable law, (b) in calculating whether any interest exceeds the maximum rate permitted by applicable law, all such interest shall be amortized, prorated, allocated and spread over the full amount and term of all principal indebtedness of Borrower to Lender, and (c) if through any contingency or event, Lender receives or is deemed to receive interest in excess of the maximum rate permitted by applicable law, any such excess shall be deemed to have been applied toward the payment of the principal of any and all then outstanding indebtedness of Borrower to Lender, or if there is no such indebtedness, shall immediately be returned to Borrower.

This Note may not be modified, amended, waived, extended, changed, discharged or terminated orally or by any act or failure to act on the part of Borrower or Lender, but only by an agreement in writing signed by the party(ies) against whom enforcement of any modification, amendment, waiver, extension, change, discharge or termination is sought.

Upon the transfer of this Note by Lender, Borrower hereby waives notice of any such transfer, Lender may deliver all the collateral mortgaged, granted, pledged or assigned pursuant to the Loan Documents, or any part thereof, to the transferee who shall thereupon become vested

with all the rights herein or under applicable law given to Lender with respect thereto, and Lender shall thereafter forever be relieved and fully discharged from any liability or responsibility in the matter; but Lender shall retain all rights hereby given to it with respect to any liabilities and the collateral not so transferred.

BORROWER, AND BY ITS ACCEPTANCE OF THIS NOTE, LENDER, TO THE FULLEST EXTENT THAT THEY MAY LAWFULLY DO SO, HEREBY AGREE NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY, AND WAIVE ANY RIGHT TO TRIAL BY JURY FULLY TO THE EXTENT THAT ANY SUCH RIGHT SHALL NOW OR HEREAFTER EXIST WITH REGARD TO THIS NOTE, THE MORTGAGES OR THE OTHER LOAN DOCUMENTS, OR ANY CLAIM, COUNTERCLAIM OR OTHER ACTION ARISING IN CONNECTION THEREWITH. THIS WAIVER OF RIGHT TO TRIAL BY JURY IS GIVEN KNOWINGLY AND VOLUNTARILY BY LENDER AND BORROWER AND IS INTENDED TO ENCOMPASS INDIVIDUALLY EACH INSTANCE AND EACH ISSUE AS TO WHICH THE RIGHT TO A TRIAL BY JURY WOULD OTHERWISE ACCRUE. LENDER AND BORROWER ARE EACH HEREBY INDIVIDUALLY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN ANY PROCEEDING AS CONCLUSIVE EVIDENCE OF THIS WAIVER.

[NO FURTHER TEXT ON THIS PAGE]

IN WITNESS WHEREOF, the undersigned Borrower has executed this Note as of the date and year first written above.

BORROWER:

KPM INVESTMENT A 2 LLC,
a Delaware limited liability company

By:_____
Name: Joseph Perlmutter
Title:  President

SIGNATURE PAGE TO PROMISSORY NOTE

## NOTE ALLONGE

ENDORSEMENT to that certain Promissory Note, dated as of October 29, 2021, in the stated principal amount of $9,450,000.00, made by KPM Investment A 2 LLC, a Delaware limited liability company, in favor of **COREVEST AMERICAN FINANCE LENDER LLC**, a Delaware limited liability company.

Pay to the order of **COREVEST PURCHASER 2, LLC**, a Delaware limited liability company, without recourse, representation or warranty, express or implied.

DATE:  As of October 29, 2021

**[NO FURTHER TEXT ON THIS PAGE; SIGNATURE PAGE FOLLOWS]**

Loan No. 37638
Note Allonge - CAFL to CP2

**CoreVest American Finance Lender LLC,**
a Delaware limited liability company

By: _____

Name: Sokun Soun
Title:   Authorized Signatory


Address:

4 Park Plaza, Suite 900
Irvine, CA 92614
Attention: Head of Term Lending


**THIS NOTE ALLONGE SHOULD BE PERMANENTLY AFFIXED
TO THE PROMISSORY NOTE DESCRIBED ABOVE**

## NOTE ALLONGE

ENDORSEMENT to that certain Promissory Note, dated as of October 29, 2021, in the stated principal amount of $9,450,000.00, made by KPM Investment A 2 LLC, a Delaware limited liability company, in favor of CoreVest American Finance Lender LLC, a Delaware limited liability company, as further endorsed to and assigned to **COREVEST PURCHASER 2, LLC**, a Delaware limited liability company, pursuant to that certain Note Allonge dated as of October 29, 2021.

Pay to the order of **CAF BORROWER GS LLC**, a Delaware limited liability company, without recourse, representation or warranty, express or implied.

DATE:  As of October 29, 2021

**[NO FURTHER TEXT ON THIS PAGE; SIGNATURE PAGE FOLLOWS]**

Loan No. 37638
Note Allonge - CP2 to CAF Borr GS

**COREVEST PURCHASER 2, LLC,**
a Delaware limited liability company

By: _____

Name: Sokun Soun
Title:   Authorized Signatory


Address:
4 Park Plaza, Suite 900
Irvine, CA 92614
Attention: Head of Term Lending


**THIS NOTE ALLONGE SHOULD BE PERMANENTLY AFFIXED
TO THE PROMISSORY NOTE DESCRIBED ABOVE**

[Signature Page to Note Allonge - CP2 to CAF Borr GS]

## NOTE ALLONGE

ENDORSEMENT to that certain Promissory Note, dated as of October 29, 2021, in the stated principal amount of $9,450,000.00, made by KPM Investment A 2 LLC, a Delaware limited liability company, in favor of CoreVest American Finance Lender LLC, a Delaware limited liability company.

Pay to the order of **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR HOMES MORTGAGE TRUST**, without recourse, representation or warranty, express or implied.

DATE:  As of December 20, 2023

**[NO FURTHER TEXT ON THIS PAGE; SIGNATURE PAGE FOLLOWS]**

Loan No. 37638
Note Allonge - CAF Borr GS to US BANK

CAF BORROWER GS LLC,
a Delaware limited liability company

By: _____
Name: Sokun Soun
Title:   Authorized Signatory


<u>Address</u>:
4 Park Plaza, Suite 900
Irvine, CA 92614
Attention: Head of Term Lending


**THIS NOTE ALLONGE SHOULD BE PERMANENTLY AFFIXED
TO THE PROMISSORY NOTE DESCRIBED ABOVE**

[Signature Page to Note Allonge - CAF Borr GS to US BANK]