# EXHIBIT E

Deed Book 64972 Page 115
Filed and Recorded 12/13/2021 05:08:00 PM
2021-0366403
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, GA
Participant IDs: 3261767208
0848497841

PREPARED BY:
CoreVest American Finance Lender LLC
4 Park Plaza, Suite 900
Irvine, CA 92614

UPON RECORDATION RETURN TO:
OS National, LLC
3097 Satellite Blvd., Suite 400
Duluth, GA 30096
(770) 497-9100

## ASSIGNMENT OF SECURITY INSTRUMENT

by

### COREVEST PURCHASER 2, LLC,
a Delaware limited liability company

to

### CAF BORROWER GS LLC,
a Delaware limited liability company

**Dated:**    As of October 29, 2021

**State:**    Georgia

**County:**   Fulton

## ASSIGNMENT OF SECURITY INSTRUMENT

This **ASSIGNMENT OF SECURITY INSTRUMENT** (this "Assignment"), dated as of October 29, 2021, is made by **COREVEST PURCHASER 2, LLC**, a Delaware limited liability company, successor by assignment to CoreVest American Finance Lender LLC ("Assignor"), in favor of **CAF BORROWER GS LLC**, a Delaware limited liability company, having an address at 4 Park Plaza, Suite 900, Irvine, CA 92614, ("Assignee").

## WITNESSETH

WHEREAS, Assignor is the present legal and equitable owner and holder of that certain Promissory Note, dated as of October 29, 2021, executed by KPM Investment A 2 LLC, a Delaware limited liability company ("Borrower"), and made payable to the order of CoreVest American Finance Lender LLC, a Delaware limited liability company ("CoreVest"), predecessor-in-interest to Assignor, in the stated principal amount of Nine Million Four Hundred Fifty Thousand and No/100 Dollars ($9,450,000.00) (the "Note") in connection with certain real property and improvements located thereon situated in the County of Fulton, State of Georgia, identified on Schedule 1 attached hereto and made a part hereof and more particularly described on Exhibit A, attached hereto and made a part hereof (the "Premises"); and

WHEREAS, the Note is secured, inter alia, by the Security Instrument (as hereinafter defined); and

WHEREAS, the parties hereto desire that Assignor assign to Assignee, its successors and assigns, all of Assignor's right, title and interest in and to the Security Instrument.

NOW, THEREFORE, in consideration of the premises above set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and agreed, Assignor and Assignee hereby covenant and agree as follows:

1.     Assignment. Assignor does hereby transfer, assign, grant and convey to Assignee, its successors and assigns, all of the right, title and interest of Assignor in and to the following described instruments, and does hereby grant and delegate to Assignee, its successors and assigns, any and all of the duties and obligations of Assignor thereunder from and after the date hereof:

> That certain Deed to Secure Debt, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated as of October 29, 2021, executed by Borrower for the benefit of CoreVest, as lender, and recorded on November 4, 2021 in the Real Property Records of Fulton County, Georgia, as Inst # 2021-0337519 BK: 64770 PG: 174, as assigned by that certain Assignment of Security Instrument from CoreVest, as assignor, to Assignor, as assignee (as so assigned, the "Security Instrument"), in respect of the Premises.

Loan No. 37638
Assignment of Security Instrument - CP2 to CAF Borr GS

**2.**        Assumption. From and after the date hereof, Assignee hereby accepts this Assignment and assumes and agrees to observe, perform and be bound by all of the terms, covenants, agreements, conditions and obligations of the Security Instrument required to be observed or performed by Assignor thereunder.

**3.**        Governing Law. With respect to matters relating to the creation, perfection and procedures relating to the enforcement of this Assignment, this Assignment shall be governed by, and be construed in accordance with, the laws of the State of Georgia, it being understood that, except as expressly set forth above in this paragraph and to the fullest extent permitted by the law of the State of Georgia, the law of the State of New York applicable to contracts made and performed in such State (pursuant to Section 5-1401 of the New York General Obligations Law) shall govern all matters relating to this Assignment and all of the indebtedness or obligations arising hereunder.

**4.**        Successors and Assigns. This Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

**5.**        Headings. The headings of the paragraphs of this Assignment have been included only for convenience, and shall not be deemed in any manner to modify or limit any of the provisions of this Assignment or be used in any manner in the interpretation of this Assignment.

**6.**        Interpretation. Whenever the context so requires in this Assignment, all words used in the singular shall be construed to have been used in the plural (and vice versa), each gender shall be construed to include any other genders, and the word "person" shall be construed to include a natural person, a corporation, a firm, a partnership, a joint venture, a trust, an estate or any other entity.

**7.**        Partial Invalidity. Each provision of this Assignment shall be valid and enforceable to the fullest extent permitted by law. If any provision of this Assignment or the application of such provision to any person or circumstance shall, to any extent, be invalid or unenforceable, then the remainder of this Assignment, or the application of such provision to persons or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected by such invalidity or unenforceability.

**[SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, Assignor has executed this Assignment of Security Instrument as of the day and year first above written.

**ASSIGNOR:**

Signed, sealed, and delivered
in the presence of:

**COREVEST PURCHASER 2, LLC,**
a Delaware limited liability company

Unofficial Witness Tien Nguyen

By: _____
Name: Sokun Soun
Title:  Authorized Signatory

Notary Public

See attached

My Commission Expires: _____

[NOTARY SEAL]

Address:
4 Park Plaza, Suite 900
Irvine, CA 92614
Attention:  Head of Term Lending

**CALIFORNIA JURAT**                                      **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Orange__

Subscribed and sworn to (or affirmed) before me on

this __3rd__ day of __November__, 20__21__, by
   *Date*         *Month*       *Year*

(1) _____ **Sokun Soun** _____

(and (2) _____ **N/A** _____ ),
             *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
           *Signature of Notary Public*

CHRISTOPHER MONTER CABLAYAN
Notary Public - California
Orange County
Commission # 2370378
My Comm. Expires Aug 10, 2025

*Place Notary Seal and/or Stamp Above*

───── **OPTIONAL** ─────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

## SCHEDULE 1

### Property List

| Asset ID | Address | City | State | Zip | County |
|---|---|---|---|---|---|
| 736929 | 6370 Shannon Pkwy Apt 1001 | Union City | GA | 30291 | Fulton |
| 736930 | 6370 Shannon Pkwy Apt 1002 | Union City | GA | 30291 | Fulton |
| 736931 | 6370 Shannon Pkwy Apt 1003 | Union City | GA | 30291 | Fulton |
| 736932 | 6370 Shannon Pkwy Apt 1004 | Union City | GA | 30291 | Fulton |
| 736933 | 6370 Shannon Pkwy Apt 1005 | Union City | GA | 30291 | Fulton |
| 736934 | 6370 Shannon Pkwy Apt 1006 | Union City | GA | 30291 | Fulton |
| 736935 | 6370 Shannon Pkwy Apt 1007 | Union City | GA | 30291 | Fulton |
| 736936 | 6370 Shannon Pkwy Apt 1008 | Union City | GA | 30291 | Fulton |
| 736992 | 6370 Shannon Pkwy Apt 102 | Union City | GA | 30291 | Fulton |
| 736993 | 6370 Shannon Pkwy Apt 103 | Union City | GA | 30291 | Fulton |
| 736994 | 6370 Shannon Pkwy Apt 104 | Union City | GA | 30291 | Fulton |
| 736995 | 6370 Shannon Pkwy Apt 105 | Union City | GA | 30291 | Fulton |
| 736996 | 6370 Shannon Pkwy Apt 106 | Union City | GA | 30291 | Fulton |
| 736890 | 6370 Shannon Pkwy Apt 107 | Union City | GA | 30291 | Fulton |
| 736937 | 6370 Shannon Pkwy Apt 1101 | Union City | GA | 30291 | Fulton |
| 736938 | 6370 Shannon Pkwy Apt 1102 | Union City | GA | 30291 | Fulton |
| 736894 | 6370 Shannon Pkwy Apt 1103 | Union City | GA | 30291 | Fulton |
| 736939 | 6370 Shannon Pkwy Apt 1104 | Union City | GA | 30291 | Fulton |
| 736940 | 6370 Shannon Pkwy Apt 1105 | Union City | GA | 30291 | Fulton |
| 736941 | 6370 Shannon Pkwy Apt 1106 | Union City | GA | 30291 | Fulton |
| 736942 | 6370 Shannon Pkwy Apt 1107 | Union City | GA | 30291 | Fulton |
| 736943 | 6370 Shannon Pkwy Apt 1108 | Union City | GA | 30291 | Fulton |
| 736944 | 6370 Shannon Pkwy Apt 1109 | Union City | GA | 30291 | Fulton |
| 736945 | 6370 Shannon Pkwy Apt 1110 | Union City | GA | 30291 | Fulton |
| 736946 | 6370 Shannon Pkwy Apt 1201 | Union City | GA | 30291 | Fulton |
| 736947 | 6370 Shannon Pkwy Apt 1202 | Union City | GA | 30291 | Fulton |
| 736948 | 6370 Shannon Pkwy Apt 1203 | Union City | GA | 30291 | Fulton |
| 736895 | 6370 Shannon Pkwy Apt 1204 | Union City | GA | 30291 | Fulton |
| 736949 | 6370 Shannon Pkwy Apt 1205 | Union City | GA | 30291 | Fulton |
| 736950 | 6370 Shannon Pkwy Apt 1206 | Union City | GA | 30291 | Fulton |
| 736951 | 6370 Shannon Pkwy Apt 1207 | Union City | GA | 30291 | Fulton |
| 736952 | 6370 Shannon Pkwy Apt 1208 | Union City | GA | 30291 | Fulton |
| 736953 | 6370 Shannon Pkwy Apt 1301 | Union City | GA | 30291 | Fulton |
| 736954 | 6370 Shannon Pkwy Apt 1302 | Union City | GA | 30291 | Fulton |
| 736955 | 6370 Shannon Pkwy Apt 1303 | Union City | GA | 30291 | Fulton |
| 736956 | 6370 Shannon Pkwy Apt 1304 | Union City | GA | 30291 | Fulton |
| 736957 | 6370 Shannon Pkwy Apt 1305 | Union City | GA | 30291 | Fulton |
| 736958 | 6370 Shannon Pkwy Apt 1306 | Union City | GA | 30291 | Fulton |

2

Deed to Secure Debt (Georgia)

| 736896 | 6370 Shannon Pkwy Apt 1307 | Union City | GA | 30291 | Fulton |
|---|---|---|---|---|---|
| 736959 | 6370 Shannon Pkwy Apt 1401 | Union City | GA | 30291 | Fulton |
| 736960 | 6370 Shannon Pkwy Apt 1402 | Union City | GA | 30291 | Fulton |
| 736961 | 6370 Shannon Pkwy Apt 1403 | Union City | GA | 30291 | Fulton |
| 736962 | 6370 Shannon Pkwy Apt 1404 | Union City | GA | 30291 | Fulton |
| 736963 | 6370 Shannon Pkwy Apt 1405 | Union City | GA | 30291 | Fulton |
| 736964 | 6370 Shannon Pkwy Apt 1406 | Union City | GA | 30291 | Fulton |
| 736965 | 6370 Shannon Pkwy Apt 1407 | Union City | GA | 30291 | Fulton |
| 736966 | 6370 Shannon Pkwy Apt 1408 | Union City | GA | 30291 | Fulton |
| 736967 | 6370 Shannon Pkwy Apt 1501 | Union City | GA | 30291 | Fulton |
| 736968 | 6370 Shannon Pkwy Apt 1502 | Union City | GA | 30291 | Fulton |
| 736897 | 6370 Shannon Pkwy Apt 1503 | Union City | GA | 30291 | Fulton |
| 736969 | 6370 Shannon Pkwy Apt 1504 | Union City | GA | 30291 | Fulton |
| 736970 | 6370 Shannon Pkwy Apt 1505 | Union City | GA | 30291 | Fulton |
| 736971 | 6370 Shannon Pkwy Apt 1506 | Union City | GA | 30291 | Fulton |
| 736972 | 6370 Shannon Pkwy Apt 1507 | Union City | GA | 30291 | Fulton |
| 736973 | 6370 Shannon Pkwy Apt 1601 | Union City | GA | 30291 | Fulton |
| 736974 | 6370 Shannon Pkwy Apt 1602 | Union City | GA | 30291 | Fulton |
| 736975 | 6370 Shannon Pkwy Apt 1603 | Union City | GA | 30291 | Fulton |
| 736976 | 6370 Shannon Pkwy Apt 1604 | Union City | GA | 30291 | Fulton |
| 736977 | 6370 Shannon Pkwy Apt 1605 | Union City | GA | 30291 | Fulton |
| 736978 | 6370 Shannon Pkwy Apt 1606 | Union City | GA | 30291 | Fulton |
| 736898 | 6370 Shannon Pkwy Apt 1607 | Union City | GA | 30291 | Fulton |
| 736979 | 6370 Shannon Pkwy Apt 1608 | Union City | GA | 30291 | Fulton |
| 736980 | 6370 Shannon Pkwy Apt 1701 | Union City | GA | 30291 | Fulton |
| 736981 | 6370 Shannon Pkwy Apt 1702 | Union City | GA | 30291 | Fulton |
| 736982 | 6370 Shannon Pkwy Apt 1703 | Union City | GA | 30291 | Fulton |
| 736983 | 6370 Shannon Pkwy Apt 1704 | Union City | GA | 30291 | Fulton |
| 736984 | 6370 Shannon Pkwy Apt 1705 | Union City | GA | 30291 | Fulton |
| 736985 | 6370 Shannon Pkwy Apt 1706 | Union City | GA | 30291 | Fulton |
| 736986 | 6370 Shannon Pkwy Apt 1707 | Union City | GA | 30291 | Fulton |
| 736987 | 6370 Shannon Pkwy Apt 1708 | Union City | GA | 30291 | Fulton |
| 736899 | 6370 Shannon Pkwy Apt 201 | Union City | GA | 30291 | Fulton |
| 736989 | 6370 Shannon Pkwy Apt 202 | Union City | GA | 30291 | Fulton |
| 736997 | 6370 Shannon Pkwy Apt 203 | Union City | GA | 30291 | Fulton |
| 736998 | 6370 Shannon Pkwy Apt 204 | Union City | GA | 30291 | Fulton |
| 736900 | 6370 Shannon Pkwy Apt 205 | Union City | GA | 30291 | Fulton |
| 736999 | 6370 Shannon Pkwy Apt 206 | Union City | GA | 30291 | Fulton |
| 737000 | 6370 Shannon Pkwy Apt 207 | Union City | GA | 30291 | Fulton |
| 737001 | 6370 Shannon Pkwy Apt 208 | Union City | GA | 30291 | Fulton |
| 737002 | 6370 Shannon Pkwy Apt 301 | Union City | GA | 30291 | Fulton |
| 737003 | 6370 Shannon Pkwy Apt 302 | Union City | GA | 30291 | Fulton |
| 737004 | 6370 Shannon Pkwy Apt 303 | Union City | GA | 30291 | Fulton |

3

Deed to Secure Debt (Georgia)

| 737005 | 6370 Shannon Pkwy Apt 304 | Union City | GA | 30291 | Fulton |
|---|---|---|---|---|---|
| 737006 | 6370 Shannon Pkwy Apt 305 | Union City | GA | 30291 | Fulton |
| 737007 | 6370 Shannon Pkwy Apt 306 | Union City | GA | 30291 | Fulton |
| 737008 | 6370 Shannon Pkwy Apt 307 | Union City | GA | 30291 | Fulton |
| 736901 | 6370 Shannon Pkwy Apt 308 | Union City | GA | 30291 | Fulton |
| 737009 | 6370 Shannon Pkwy Apt 401 | Union City | GA | 30291 | Fulton |
| 737010 | 6370 Shannon Pkwy Apt 402 | Union City | GA | 30291 | Fulton |
| 737011 | 6370 Shannon Pkwy Apt 403 | Union City | GA | 30291 | Fulton |
| 737012 | 6370 Shannon Pkwy Apt 404 | Union City | GA | 30291 | Fulton |
| 737013 | 6370 Shannon Pkwy Apt 405 | Union City | GA | 30291 | Fulton |
| 737014 | 6370 Shannon Pkwy Apt 406 | Union City | GA | 30291 | Fulton |
| 737015 | 6370 Shannon Pkwy Apt 501 | Union City | GA | 30291 | Fulton |
| 737016 | 6370 Shannon Pkwy Apt 502 | Union City | GA | 30291 | Fulton |
| 737017 | 6370 Shannon Pkwy Apt 503 | Union City | GA | 30291 | Fulton |
| 737018 | 6370 Shannon Pkwy Apt 504 | Union City | GA | 30291 | Fulton |
| 736902 | 6370 Shannon Pkwy Apt 505 | Union City | GA | 30291 | Fulton |
| 737019 | 6370 Shannon Pkwy Apt 506 | Union City | GA | 30291 | Fulton |
| 737020 | 6370 Shannon Pkwy Apt 507 | Union City | GA | 30291 | Fulton |
| 737021 | 6370 Shannon Pkwy Apt 508 | Union City | GA | 30291 | Fulton |
| 737022 | 6370 Shannon Pkwy Apt 601 | Union City | GA | 30291 | Fulton |
| 737023 | 6370 Shannon Pkwy Apt 602 | Union City | GA | 30291 | Fulton |
| 737024 | 6370 Shannon Pkwy Apt 603 | Union City | GA | 30291 | Fulton |
| 737025 | 6370 Shannon Pkwy Apt 604 | Union City | GA | 30291 | Fulton |
| 736903 | 6370 Shannon Pkwy Apt 605 | Union City | GA | 30291 | Fulton |
| 736904 | 6370 Shannon Pkwy Apt 606 | Union City | GA | 30291 | Fulton |
| 736905 | 6370 Shannon Pkwy Apt 607 | Union City | GA | 30291 | Fulton |
| 736906 | 6370 Shannon Pkwy Apt 608 | Union City | GA | 30291 | Fulton |
| 736907 | 6370 Shannon Pkwy Apt 701 | Union City | GA | 30291 | Fulton |
| 736908 | 6370 Shannon Pkwy Apt 702 | Union City | GA | 30291 | Fulton |
| 736891 | 6370 Shannon Pkwy Apt 703 | Union City | GA | 30291 | Fulton |
| 736909 | 6370 Shannon Pkwy Apt 704 | Union City | GA | 30291 | Fulton |
| 736910 | 6370 Shannon Pkwy Apt 705 | Union City | GA | 30291 | Fulton |
| 736911 | 6370 Shannon Pkwy Apt 706 | Union City | GA | 30291 | Fulton |
| 736912 | 6370 Shannon Pkwy Apt 801 | Union City | GA | 30291 | Fulton |
| 736913 | 6370 Shannon Pkwy Apt 802 | Union City | GA | 30291 | Fulton |
| 736914 | 6370 Shannon Pkwy Apt 803 | Union City | GA | 30291 | Fulton |
| 736915 | 6370 Shannon Pkwy Apt 804 | Union City | GA | 30291 | Fulton |
| 736916 | 6370 Shannon Pkwy Apt 805 | Union City | GA | 30291 | Fulton |
| 736917 | 6370 Shannon Pkwy Apt 806 | Union City | GA | 30291 | Fulton |
| 736918 | 6370 Shannon Pkwy Apt 807 | Union City | GA | 30291 | Fulton |
| 736892 | 6370 Shannon Pkwy Apt 808 | Union City | GA | 30291 | Fulton |
| 736919 | 6370 Shannon Pkwy Apt 809 | Union City | GA | 30291 | Fulton |
| 736920 | 6370 Shannon Pkwy Apt 901 | Union City | GA | 30291 | Fulton |

Deed to Secure Debt (Georgia)

| 736921 | 6370 Shannon Pkwy Apt 902 | Union City | GA | 30291 | Fulton |
|--------|----------------------------|------------|-----|--------|--------|
| 736922 | 6370 Shannon Pkwy Apt 903 | Union City | GA | 30291 | Fulton |
| 736923 | 6370 Shannon Pkwy Apt 904 | Union City | GA | 30291 | Fulton |
| 736924 | 6370 Shannon Pkwy Apt 905 | Union City | GA | 30291 | Fulton |
| 736925 | 6370 Shannon Pkwy Apt 906 | Union City | GA | 30291 | Fulton |
| 736926 | 6370 Shannon Pkwy Apt 907 | Union City | GA | 30291 | Fulton |
| 736927 | 6370 Shannon Pkwy Apt 908 | Union City | GA | 30291 | Fulton |
| 736928 | 6370 Shannon Pkwy Apt 909 | Union City | GA | 30291 | Fulton |
| 736893 | 6370 Shannon Pkwy Apt 910 | Union City | GA | 30291 | Fulton |
| 736990 | 6370 Shannon Pkwy Leasing Office 1 | Union City | GA | 30291 | Fulton |
| 736991 | 6370 Shannon Pkwy Leasing Office 2 | Union City | GA | 30291 | Fulton |
| 736988 | 6370 Shannon Pkwy Unit 99 (Laundry) | Union City | GA | 30291 | Fulton |

5

Deed to Secure Debt (Georgia)

Deed Book 64912 Page 124
CATHELENE ROBINSON
Clerk of Superior Court

## EXHIBIT A

Legal Description

Address: 6370 Shannon Parkway Units 1-136, Union City, GA  30291
County: Fulton
Parcel Identification Number: 09F-1504-0078-054-8 and 09F-1504-0078-055-5
Client Code: SHANNON-WOODS-01

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Union City, in the County of Fulton, in the State of Georgia.

All that tract or parcel of land lying and being in Land Lot 78, of the 9F District, in the City of Union City, of Fulton County, Georgia and being more particularly described as follows:

Commence at the right-of-way intersection of the Northern right-of-way of Shannon Boulevard (50' R/W) and the Eastern right-of-way of Shannon Parkway (80' R/W); thence in a Northeasterly direction along the Eastern right-of-way of Shannon Parkway 300.00 feet to a 1/2" rebar set and the True Point of Beginning; thence, continuing along said right-of-way, North 01 degrees 38 minutes 16 seconds East, a distance of 325.42 feet to a 1/2" rebar set; thence, leaving said right-of-way, South 88 degrees 30 minutes 42 seconds East, a distance of 231.28 feet to a 1/2" rebar found; thence North 68 degrees 50 minutes 58 seconds East, a distance of 291.05 feet to a 1/2" rebar set; thence South 49 degrees 18 minutes 09 seconds East, a distance of 37.06 feet to a 1/2" rebar set; thence North 38 degrees 14 minutes 07 seconds East, a distance of 130.22 feet to a 5/8" rebar found; thence South 48 degrees 19 minutes 14 seconds East, a distance of 595.94 feet to a 1/2" rebar found; thence South 01 degrees 41 minutes 25 seconds West, a distance of 416.00 feet to a 1/2" rebar set on the Northern right-of-way of Shannon Boulevard (50' R/W); thence, along the Northern right-of-way of Shannon Boulevard, the following two (2) calls: Thence running, along the arc of a curve to the left, an arc distance of 363.82 feet (having a radius of 43425.53' subtended by a chord bearing of North 89 degrees 17 minutes 15 seconds West, and a chord distance of 363.82 feet) to a point; thence North 89 degrees 24 minutes 37 seconds West, a distance of 99.39 feet to a rebar set; thence, leaving said right- of-way, North 00 degrees 14 minutes 54 seconds East, a distance of 199.96 feet to a 1/2" rebar found; thence North 89 degrees 36 minutes 11 seconds West, a distance of 394.62 feet to a 1/2" rebar set; thence North 01 degrees 40 minutes 15 seconds East, a distance of 100.00 feet to a 1/2" rebar found; thence North 89 degrees 34 minutes 25 seconds West, a distance of 199.98 feet to a 1/2" rebar set on the Eastern right-of-way of Shannon Parkway (80' R/W), and being the True Point of Beginning.

\*\*\*

Exhibit A        Deed to Secure Debt (Fulton County, Georgia)