# EXHIBIT F

Deed Book 67452 Page 559
Filed and Recorded 12/20/2023 07:28:00 PM
2023-0271472
CHÉ ALEXANDER
Clerk of Superior Court
Fulton County, GA
Participant IDs: 3444902788
0848497841

PREPARED BY:
CAF BORROWER GS LLC
4 Park Plaza, Suite 900
Irvine, CA 92614

UPON RECORDATION RETURN TO:

_____

_____

_____

_____

## ASSIGNMENT OF SECURITY INSTRUMENT

by

### CAF BORROWER GS LLC,
a Delaware limited liability company

to

### U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR HOMES MORTGAGE TRUST

**Dated:**    As of December 20, 2023

**State:**    Georgia

**County:**    Fulton

## ASSIGNMENT OF SECURITY INSTRUMENT

This **ASSIGNMENT OF SECURITY INSTRUMENT** (this "Assignment"), dated as of December 20, 2023, is made by **CAF BORROWER GS LLC**, a Delaware limited liability company, as successor by assignment to CoreVest Purchaser 2, LLC, as successor by assignment to CoreVest American Finance Lender LLC ("Assignor"), in favor of **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR HOMES MORTGAGE TRUST** ("Assignee").

## W I T N E S S E T H

WHEREAS, Assignor is the present legal and equitable owner and holder of that certain Promissory Note, dated as of October 29, 2021, executed by KPM Investment A 2 LLC, a Delaware limited liability company ("Borrower"), and made payable to the order of CoreVest American Finance Lender LLC, a Delaware limited liability company ("CoreVest"), predecessor-in-interest to CoreVest Purchaser 2, LLC, a Delaware limited liability company ("CP2 Purchaser"), predecessor-in-interest to Assignor, in the stated principal amount of Nine Million Four Hundred Fifty Thousand and No/100 Dollars ($9,450,000.00) (the "Note") in connection with certain real property and improvements located thereon situated in the County of Fulton, State of Georgia, identified on Schedule 1 attached hereto and made a part hereof and more particularly described on Exhibit A, attached hereto and made a part hereof (the "Premises"); and

WHEREAS, the Note is secured, inter alia, by the Security Instrument (as hereinafter defined); and

WHEREAS, the parties hereto desire that Assignor assign to Assignee, its successors and assigns, all of Assignor's right, title and interest in and to the Security Instrument.

NOW, THEREFORE, in consideration of the premises above set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and agreed, Assignor and Assignee hereby covenant and agree as follows:

1.        Assignment. Assignor does hereby transfer, assign, grant and convey to Assignee, its successors and assigns, all of the right, title and interest of Assignor in and to the following described instruments, and does hereby grant and delegate to Assignee, its successors and assigns, any and all of the duties and obligations of Assignor thereunder from and after the date hereof:

That certain Deed to Secure Debt, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated as of October 29, 2021, executed by Borrower for the benefit of CoreVest, as lender, and recorded on November 4, 2021 in the Real Property Records of Fulton County, Georgia, as Doc #2021-0337519, in Book 64770, Page 174, (as the same may heretofore have been assigned, the "Security Instrument"), in respect of the Premises, together with all rights accrued or to accrue under said Security Instrument.

Loan No. 37638
Assignment of Security Instrument - CAF Borr GS to US BANK

2.      Representations and Warranties of Assignor. This Assignment is an absolute assignment. This Assignment is without recourse, representation or warranty, express or implied, upon Assignor, except Assignor hereby warrants and represents to Assignee that:

(a)      Prior to the execution hereof, Assignor has not sold, transferred, assigned, conveyed, pledged or endorsed any right, title or interest in the Security Instrument to any person or entity other than Assignee; and

(b)      Assignor has full right and power to sell and assign the same to Assignee subject to no interest or participation of, or agreement with, any party other than Assignee.

3.      Governing Law. With respect to matters relating to the creation, perfection and procedures relating to the enforcement of this Assignment, this Assignment shall be governed by, and be construed in accordance with, the laws of the State of Georgia, it being understood that, except as expressly set forth above in this paragraph and to the fullest extent permitted by the law of the State of Georgia, the law of the State of New York applicable to contracts made and performed in such State (pursuant to Section 5-1401 of the New York General Obligations Law) shall govern all matters relating to this Assignment and all of the indebtedness or obligations arising hereunder.

4.      Successors and Assigns. This Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

5.      Headings. The headings of the paragraphs of this Assignment have been included only for convenience, and shall not be deemed in any manner to modify or limit any of the provisions of this Assignment or be used in any manner in the interpretation of this Assignment.

6.      Interpretation. Whenever the context so requires in this Assignment, all words used in the singular shall be construed to have been used in the plural (and vice versa), each gender shall be construed to include any other genders, and the word "person" shall be construed to include a natural person, a corporation, a firm, a partnership, a joint venture, a trust, an estate or any other entity.

7.      Partial Invalidity. Each provision of this Assignment shall be valid and enforceable to the fullest extent permitted by law. If any provision of this Assignment or the application of such provision to any person or circumstance shall, to any extent, be invalid or unenforceable, then the remainder of this Assignment, or the application of such provision to persons or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected by such invalidity or unenforceability.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, Assignor has executed this Assignment of Security Instrument as of the day and year first above written.

**ASSIGNOR:**

Signed, sealed, and delivered
in the presence of:

**CAF BORROWER GS LLC,**
a Delaware limited liability company

_Tren Nguyen_

Unofficial Witness

_____
Notary Public         *See attached*

My Commission Expires: _____

[NOTARY SEAL]

By: _____
Name: Sokun Soun
Title: Authorized Signatory

Address:
4 Park Plaza, Suite 900
Irvine, CA 92614
Attention: Head of Term Lending

**CALIFORNIA JURAT**                                    **GOVERNMENT CODE § 8202**

```
A notary public or other officer completing this certificate verifies only the identity of the individual who signed
the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.
```

State of California

County of  **Orange**

Subscribed and sworn to (or affirmed) before me on

this **20th** day of **December**, 20 **23**, by
    *Date*      *Month*      *Year*

(1) _____ **Sokun Soun** _____

```
CORINE M. ANDERSON
Notary Public - California
Orange County
Commission # 2418794
My Comm. Expires Oct 26, 2026
```

(and (2) _____ **N/A** _____ ),
               *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature _____
            *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

——————————————— **OPTIONAL** ———————————————

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

## EXHIBIT A

Legal Description

Address: 6370 Shannon Parkway Units 1-136, Union City, GA  30291
County: Fulton
Parcel Identification Number: 09F-1504-0078-054-8 and 09F-1504-0078-055-5
Client Code: SHANNON-WOODS-01

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Union City, in the County of Fulton, in the State of Georgia.

All that tract or parcel of land lying and being in Land Lot 78, of the 9F District, in the City of Union City, of Fulton County, Georgia and being more particularly described as follows:

Commence at the right-of-way intersection of the Northern right-of-way of Shannon Boulevard (50' R/W) and the Eastern right-of-way of Shannon Parkway (80' R/W); thence in a Northeasterly direction along the Eastern right-of-way of Shannon Parkway 300.00 feet to a 1/2" rebar set and the True Point of Beginning; thence, continuing along said right-of-way, North 01 degrees 38 minutes 16 seconds East, a distance of 325.42 feet to a 1/2" rebar set; thence, leaving said right-of-way, South 88 degrees 30 minutes 42 seconds East, a distance of 231.28 feet to a 1/2" rebar found; thence North 68 degrees 50 minutes 58 seconds East, a distance of 291.05 feet to a 1/2" rebar set; thence South 49 degrees 18 minutes 09 seconds East, a distance of 37.06 feet to a 1/2" rebar set; thence North 38 degrees 14 minutes 07 seconds East, a distance of 130.22 feet to a 5/8" rebar found; thence South 48 degrees 19 minutes 14 seconds East, a distance of 595.94 feet to a 1/2" rebar found; thence South 01 degrees 41 minutes 25 seconds West, a distance of 416.00 feet to a 1/2" rebar set on the Northern right-of-way of Shannon Boulevard (50' R/W); thence, along the Northern right-of-way of Shannon Boulevard, the following two (2) calls: Thence running, along the arc of a curve to the left, an arc distance of 363.82 feet (having a radius of 43425.53' subtended by a chord bearing of North 89 degrees 17 minutes 15 seconds West, and a chord distance of 363.82 feet) to a point; thence North 89 degrees 24 minutes 37 seconds West, a distance of 99.39 feet to a rebar set; thence, leaving said right- of-way, North 00 degrees 14 minutes 54 seconds East, a distance of 199.96 feet to a 1/2" rebar found; thence North 89 degrees 36 minutes 11 seconds West, a distance of 394.62 feet to a 1/2" rebar set; thence North 01 degrees 40 minutes 15 seconds East, a distance of 100.00 feet to a 1/2" rebar found; thence North 89 degrees 34 minutes 25 seconds West, a distance of 199.98 feet to a 1/2" rebar set on the Eastern right-of-way of Shannon Parkway (80' R/W), and being the True Point of Beginning.

***

Exhibit ADeed to Secure Debt (Fulton County, Georgia)