# EXHIBIT J

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | KPM Investment A2, LLC |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 77-9386876 |

4. **Debtor's address**

**Principal place of business**

6370 Shannon Parkway
Number        Street

Suite 101

Union City                GA        30291
City                        State        ZIP Code

Fulton County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                        State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                        State        ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | KPM Investment A2, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

Chapter 11. *Check **all** that apply:*

    Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                     MM / DD / YYYY

          District _____ When _____ Case number _____
                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  KPM Investment O, LLC and KPM Inve  Relationship  Affiliate

        District  Northern District of Georgia  When  03/25/2024
                                             MM / DD / YYYY

        Case number, if known  24-53073-PWB

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **2**

| Debtor | KPM Investment A2, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | KPM Investment A2, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/05/2024
MM  / DD / YYYY

✘ /s/ Isaac Perlmutter

Signature of authorized representative of debtor

Isaac Perlmutter

Printed name

Title  Authorized Representative

**18. Signature of attorney**

✘ /s/ William  Rountree

Signature of attorney for debtor

Date  08/05/2024
MM    / DD  / YYYY

William  Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

**Fill in this information to identify the case:**

Debtor name ___KPM Investment A2, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cruikshank Ersin, LLC 6065 Roswell Road, Ste. 680 Atlanta, GA, 30328 | | Services | | | | 116,603.00 |
| 2 | Georgia Power 96 Annex Atlanta, GA, 30396 | 1 (888) 660-5890 | Utility Services | | | | 37,659.83 |
| 3 | HD Supply PO BOX 509058 San Diego, CA, 92150 | 1-866-455-8901 | Suppliers or Vendors | | | | 15,292.86 |
| 4 | ARD Distributors PO BOX 743884 Atlanta, GA, 30374 | 800.654.7721 | Suppliers or Vendors | | | | 12,407 00 |
| 5 | The Home Depot Pro PO Box 404284 Atlanta, GA, 30384 | | Suppliers or Vendors | | | | 8,100.63 |
| 6 | Club Holdings LLC 501 Prospect Street 90A Lakewood, NJ, 8701 | (732) 806-1344 | Credit Card Debt | | | | 7,240.00 |
| 7 | Elsner Superior 1800 Wilson Way Ste 3 Smyrna, GA, 30082 | | Suppliers or Vendors | | | | 2,587.00 |
| 8 | Alpha Evictions PO Box 371230 Decatur, GA, 30037 | | Suppliers or Vendors | | | | 1,242.00 |

Debtor    __KPM Investment A2, LLC_____     Case number (if known)_____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Union City Municipal Court 5060 Union Street Union City, GA, 30291 | | | | | | 897.50 |
| 10 | Dye Masters Group Inc 4896 N Royal Dr #306 Tucker, GA, 30084 | (770) 270-8900 | Suppliers or Vendors | | | | 650.00 |
| 11 | The Rushing Firm, Ltd. 3105 Washington Road Suite C East Point, GA, 30344 | (404) 768-1771 | Services | | | | 575.00 |
| 12 | CCC Services LLC PO Box 2190 Stockbridge, GA, 30281 | | Services | | | | 105.00 |
| 13 | Fulton County Tax Commissioner 141 Pryor Street Atlanta, GA, 30303 | (404) 613-6100 | For Notice Purposes Only | | | | 0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _KPM Investment A2, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _08/05/2024_          ✖ /s/ Isaac Perlmutter
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                       Isaac Perlmutter
                                       Printed name

                                       Authorized Representative
                                         Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Alpha Evictions
PO Box 371230
Decatur, GA 30037

ARD Distributors
PO BOX 743884
Atlanta, GA 30374

Berkadia
521 5th Avenue 16th Floor
New York, NY 10175

CCC Services LLC
PO Box 2190
Stockbridge, GA 30281

City of Union City Utility Division
5047 Union Street
Union City, GA 30291

Club Holdings LLC
501 Prospect Street 90A
Lakewood, NJ 8701

Corevest American Finance Lender, LLC
Bob Stupar, Esq.|Bryan Cave Leighton Paisner, LLP
1201 W Peachtree St NW, 14th Fl
New York, NY 10175

Cruikshank Ersin, LLC
6065 Roswell Road, Ste. 680
Atlanta, GA 30328

Dye Masters Group Inc
4896 N Royal Dr #306
Tucker, GA 30084

Elsner Superior
1800 Wilson Way Ste 3
Smyrna, GA 30082

Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Power
96 Annex

HD Supply
PO BOX 509058
San Diego, CA 92150

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Seasonal Solution Landscaping
3446 Lake Drive SE
Smyrna, GA 30082

The Home Depot Pro
PO Box 404284
Atlanta, GA 30384

The Rushing Firm, Ltd.
3105 Washington Road Suite C
East Point, GA 30344

Union City Municipal Court
5060 Union Street
Union City, GA 30291

Yellowstone Landscape
PO Box 101017
Atlanta, GA 30392

United States Bankruptcy Court

Northern District of Georgia

In re:   KPM Investment A2, LLC                              Case No.

                                                            Chapter    11

                        Debtor(s)


**Verification of Creditor Matrix**


The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.


Date:        08/05/2024                    /s/ Isaac Perlmutter
                                           Signature of Individual signing on behalf of debtor


                                           Authorized Representative
                                           Position or relationship to debtor