# EXHIBIT K



**IT IS ORDERED as set forth below:**

**Date: January 24, 2025**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| KPM INVESTMENT A2, LLC, *et al.*,[1] | Case No. 24-58139 (PWB) |
| Debtors. | (Jointly Administered) |

### ORDER DISMISSING DEBTORS' CHAPTER 11 CASES

This matter came before the Court on January 23, 2025 upon the *Motion to Dismiss Chapter 11 Cases* [ECF No. 80] (the "Motion") filed by secured creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee for Homes Mortgage Trust ("Lender"). Upon consideration of the Motion, representations of counsel at the hearing thereon,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: KPM Investment A2, LLC (6876) and KPM Investment B2, LLC.

and all other matters of record; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED in part as set forth herein.

2.      Effective immediately upon entry of this Order, each of the above-captioned jointly

administered chapter 11 cases shall be and are dismissed without prejudice.

3.      This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.

4.      The Clerk is directed to docket a copy of this Order in case.

### ### END OF ORDER ###

**Prepared and presented by:**

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (admitted *pro hac vice*)
One Wells Fargo Center
301 South College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone: (704) 749-8965
Facsimile:  (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel to U.S. Bank Trust National Association,*
*not in its individual capacity but solely as*
*Trustee for Homes Mortgage Trust*

**Distribution List**

Jarret P. Hitchings
Bryan Cave Leighton Paisner LLP
301 South College Street, Suite 2150
Charlotte, North Carolina 28202

William A. Rountree
Caitlyn Powers
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303