# EXHIBIT M

## Subject Property Photos

All subject photos were taken on the date of value of this appraisal.



Exterior



Exterior



Exterior



Exterior



Exterior



Exterior



Exterior



Exterior



Exterior



Exterior