# EXHIBIT Q

Fulton County Superior Court
***EFILED***AC
Date: 12/2/2025 11:00 AM
Che Alexander, Clerk

### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS TRUSTEE
FOR HOMES MORTGAGE TRUST,

      *Plaintiff,*

      v.

KPM INVESTMENT A 2 LLC, KPM
INVESTMENT B 2 LLC, JOSEPH
PERLMUTTER, and ISAAC PERLMUTTER,

      *Defendants.*

Case No. 25CV004445

### FINAL ORDER CONFIRMING SALE OF PROPERTY

Petitioner filed this proceeding to confirm the foreclosure sale of real property and improvements described in that certain Deed Under Power of Sale dated March 4, 2025, recorded in Deed Book 68707, beginning at Page 6165 in the Office of the Clerk of the Superior Court of Fulton County, Georgia, and commonly known as "Shannon Woods Apartments" in Union City (Fulton County), Georgia (the "Property").

Based upon a hearing in this matter and the record, the Court hereby FINDS as follows:

1. That the foreclosure sale was advertised and noticed in accordance with the statutory requirements under O.C.G.A. §§ 44-14-161, 44-14-162, and 9-13-140.

    (a) That the foreclosure sale was advertised in the <u>South Fulton Neighbor</u>, Fulton County's legal organ for south Fulton County, once a week for four consecutive weeks immediately prior to the foreclosure sale; and

(b)    That the advertisement contained a full and complete legal description of the Property.

2.    That Petitioner complied with the statutory requirements regarding regularity of the sale under O.C.G.A. §§ 44-14-161 and 44-14-162.

(a)    That the sale occurred on March 4, 2025, which was on the first Tuesday of the month of March 2025:

(b)    That the sale occurred between the hours of 10:00 a.m. and 4:00 p.m.;

(c)    That the sale was conducted on the steps of the Fulton County Courthouse, which is the place where sheriff's sales are conducted; and

(d)    That the sale was conducted in the usual manner of the sheriff's sales in Fulton County.

3.    That the price paid for the portion of the Property that constitutes real property under Georgia law was $7,250,000.00. This price was equal to or greater than the "true value," i.e., fair market value of that portion of the Property on March 4, 2025.

Based on the foregoing findings, it is hereby ORDERED that the foreclosure sale is CONFIRMED.

**SO ORDERED**, this 2nd day of December, 2025.

_____
THE HONORABLE JANE C. BARWICK
Judge, Superior Court of Fulton County

PREPARED BY:
Burleigh L. Singleton
Georgia Bar No. 649084
Ronald L. Raider
Georgia Bar No. 592191

KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500
(404) 815-6555 (facsimile)

Counsel for Petitioner