# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR HOMES MORTGAGE TRUST,

*Plaintiff,*

v.

JOSEPH PERLMUTTER, and ISAAC PERLMUTTER,

*Defendants.*

CIVIL ACTION NO.
1:26-cv-2089

**JUDGMENT**

## [PROPOSED] DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff U.S. Bank Trust National Association, Not in Its Individual Capacity But Solely as Trustee for Homes Mortgage Trust's ("Plaintiff") Motion for Default Judgment Against All Defendants, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2; and the Court having reviewed the Notice of Motion, Memorandum of Law in Support and Declaration of Eric A. Larson; and the Clerk of Court having entered certificates of default against Defendants Joseph Perlmutter and Isaac Perlmutter ("Defendants") based upon their failure to plead or otherwise defend in this action; and the Court being satisfied that:

1.      Defendants were properly served with the Summons and Complaint in this action and failed to answer or otherwise respond within the time prescribed by the Federal Rules of Civil Procedure;

2.      The Clerk of Court has entered certificates of default against both Defendants pursuant to Local Civil Rule 55.1;

1

3.      Neither Defendant is in the military service of the United States or otherwise entitled to the protections of the Servicemembers Civil Relief Act;

4.      Neither Defendant is an infant or incompetent person;

5.      Plaintiff has established Defendants' liability on all counts of the Complaint; and

6.      Plaintiff has provided adequate proof of damages;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that default judgment is entered against Defendants Joseph Perlmutter and Isaac Perlmutter, jointly and severally, as follows:**

1.      On Count I (Breach of Sponsor Guaranty – Full Recourse): Judgment is entered against Defendants, jointly and severally, in the amount of $4,270,570.67, representing the deficiency on the Loan.

2.      **[Only in the alternative]** On Count II (Breach of Sponsor Guaranty – Waste): Judgment is entered against Defendants, jointly and severally, in the amount of $2,500,000.00, for waste committed upon the Property.

3.      **[Only in the alternative]** On Count III (Breach of Sponsor Guaranty – Liens): Judgment is entered against Defendants, jointly and severally, in the amount of $152,728.86, representing the lien filed against the Property.

4.      On Count IV (Attorneys' Fees): Judgment is entered against Defendants, jointly and severally, in the amount of $426,084.82, for attorneys' fees and costs incurred in the foreclosure and sale confirmation proceedings.

5.      Post-Judgment Interest: Defendants shall pay post-judgment interest on all amounts awarded herein at the federal statutory rate as provided under 28 U.S.C. § 1961, accruing from the date of this Judgment until paid.

6.      Costs: Plaintiff is awarded the costs of this action.

**SO ORDERED.**

Dated: _____6|15|26_____
        New York, New York

_____
Hon. Jed S. Rakoff
United States District Judge